THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE P. CHUN FOOK; and YOLANDA C. COOPER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, a Washington municipal corporation; ROBERT L. GAUTSCHI, SR., in his official and individual capacities; HARRY J. FITHIAN, JR., in his official and individual capacities,<br><br>Defendants. | No. 2:16-CV-01239-RSL<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS DEFENDANTS FITHIAN AND GAUTSCHI WITH PREJUDICE |

**THIS MATTER** comes before the Court on Plaintiffs' Motion to Dismiss Defendants Fithian and Gautschi with Prejudice (Dkt. # 23). Good cause appearing, **THE COURT HEREBY ORDERS:**

1. Plaintiffs' Motion to Dismiss Defendants Fithian and Gautschi with Prejudice IS GRANTED;
2. Defendant Harry J. Fithian, Jr. ("Fithian") is hereby dismissed with prejudice from the above-captioned lawsuit, without an award of attorney fees, litigation expenses, or damages of any kind whatsoever for or against Defendant Fithian;
3. Defendant Robert L. Gautschi, Sr. ("Gautschi") is hereby dismissed with prejudice from the above-captioned lawsuit, without an award of attorney fees, litigation expenses, or damages of any kind whatsoever for or against Defendant Gautschi.

DATED this 18th day of April, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge